# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLY ANN MADER,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:14-CV-0388** |
| **vs.** | : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Commissioner's motion to dismiss (Doc. 9) is deemed unopposed pursuant to M.D. Pa. Local Rule 7.6 and **GRANTED**.

2. Mader's complaint is dismissed, without prejudice, as untimely and because of Mader's failure to prosecute and abide by a court order and the Local Rules of Court.

3. The Clerk of Court shall close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: October 15, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0388-01 order.wpd